**Electronically Filed**
**Supreme Court**
**SCWC-18-0000749**
**26-OCT-2020**
**12:36 PM**
**Dkt. 5 ODAC**

SCWC-18-0000749

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

ISAAC K. TANGONAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000749; 1DTA-18-00818)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
And Circuit Judge Kubota, assigned by reason of vacancy)

Petitioner Isaac K. Tangonan's application for writ of

certiorari filed on September 21, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 26, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Peter K. Kubota

